IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDWELLE SIEED ELLIS**                                                                                         **PLAINTIFF**
**ADC #169274**

v.                                     Case No. 4:23-cv-00184-LPR

**DEXTER PAYNE,**
*Director, ADC*                                                                                                          **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD and careful consideration of the entire record in this case, the Court approves and adopts the RD as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and DISMISSED without prejudice.  The Court will not issue a certificate of appealability.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of October 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 7.